DAVID L. TAYLOR, respondent,

*v.*

MARY S. BORDEN et al., appellants.

[Submitted July 7th, 1913. Decided October 16th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson.

*Mr. Edmund W. Wakelee,* for the appellants.

*Messrs. Cohn & Cohn,* for the respondent.

PER CURIAM.

The testimony in the cause fully sustains the facts found by the learned vice-chancellor. Upon those facts the complainant was clearly entitled to the relief granted to him. The decree appealed from will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, KALISCH, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER—12.

*For reversal*—None.